# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00700-CR

**Ramco Group, LLC, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-13-904025, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ramco Group, LLC has filed a motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed:   February 7, 2014

Do Not Publish